AARON FORD
  Attorney General
DENNIS W. HOUGH, Bar No. 11995
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1254
E-mail:  dhough@ag.nv.gov

*Attorneys for Defendant*
*William Miller*



FILED ____ RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 9 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORDER

| | |
|---|---|
| JOHN MICHAUD, | Case No.  3:18-cv-00109-MMD-WGC |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR AN ENLARGEMENT OF THE 90-DAY STAY** |
| SGT. MILLER, et al., | |
| Defendants. | |

Defendant William Miller, by and through counsel, Aaron Ford, Attorney General of the State of Nevada, and Dennis W. Hough, Deputy Attorney General, hereby moves this Honorable Court for an enlargement of the stay in this matter until August 14, 2019.  This motion is based on Fed. R. Civ. P. 6(b)(1), the following memorandum of points and authorities, and all papers and pleadings on file herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

This case is an inmate civil rights action pursuant to 42 U.S.C. § 1983.  ECF No. 9 at 1.  Plaintiff, John Michaud (Plaintiff), is an inmate currently on parole. *Id.*  The events at issue in Plaintiff's complaint took place at Northern Nevada Correctional Center. *Id.*  The Court recently set the Early Mediation Conference for August 7, 2019 at 9:00 in Courtroom Number One in the United States Courthouse, Reno, Nevada. ECF No. 12 at 1.

///

///

1    II.    **DISCUSSION**

2    A.    **Fed. R. Civ. P. 6(b)(1) allows this Court to extend deadlines.**

3    District courts have inherent power to control their dockets. *Hamilton Copper & Steel Corp. v.*

4    *Primary Steel, Inc.,* 898 F.2d 1428, 1429 (9th Cir. 1990); *Oliva v. Sullivan,* 958 F.2d 272, 273 (9th Cir.

5    1992). Fed. R. Civ. P. 6(b)(1) governs enlargements of time and provides as follows:

6    When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its

7    extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

8

9    "The proper procedure, when additional time for any purpose is needed, is to present to the

10   Court a timely request for an extension before the time fixed has expired (*i.e.,* a request presented

11   before the time then fixed for the purpose in question has expired)." *Canup v. Miss. Valley Barge Line*

12   *Co.,* 31 F.R.D. 282, 283 (D.Pa. 1962). The *Canup* Court explained that "the practicalities of life" (such

13   as an attorney's "conflicting professional engagements" or personal commitments such as vacations,

14   family activities, illnesses, or death) often necessitate an enlargement of time to comply with a court

15   deadline. *Id.* Extensions of time "usually are granted upon a showing of good cause, if timely made."

16   *Creedon v. Taubman,* 8 F.R.D. 268, 269 (D.Ohio 1947). The good cause standard considers a party's

17   diligence in seeking the continuance or extension. *Johnson v. Mammoth Recreations, Inc.,* 975 F.2d

18   604, 609 (9th Cir. 1992).

19   B.    **Good cause exists to enlarge the stay and allow the parties to continue settlement**

20   **negotiations.**

21   In the present case, the 90-Day stay expires before the date currently set for an Early Mediation

22   Conference. It is appropriate that the Court's timelines conform to the calendar realities.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**III.   CONCLUSION**

Defendant respectfully requests that the Court enlarge the time for stay until one week past the currently set Early Mediation Conference. As such, the 90-Day Stay should be enlarged until August 14, 2019.

DATED this 8th day of July 2019.

AARON FORD
Attorney General

By:   _____
DENNIS W. HOUGH, Bar No. 11995
Deputy Attorney General

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED:** _____

7/9/2019
_____
U.S. MAGISTRATE JUDGE

3