| | |
|---|---|
| 1 | AARON D. FORD<br>Attorney General |
| 2 | DENNIS W. HOUGH, Bar No. 11995<br>Deputy Attorney General |
| 3 | State of Nevada<br>Public Safety Division |
| 4 | 100 N. Carson Street<br>Carson City, NV 89701-4717 |
| 5 | Tel: (775) 684-1254<br>E-mail: dhough@ag.nv.gov |
| 6 | |
| 7 | *Attorneys for Defendant*<br>*Sgt. Miller* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN MICHAUD, | | Case No. 3:18-cv-00109-MMD-CBC |
| | Plaintiff, | |
| v. | | **STIPULATION AND ORDER OF DISMISSAL** |
| SGT. MILLER, et al., | | |
| | Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff, John Michaud, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dennis W. Hough, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the Settlement Agreement and Full and Final Release, each party shall bear its own attorneys' fees and costs.

DATED this 17th day of September, 2019

_____
John Michaud, Plaintiff
*Pro Se*

DATED this 23 day of September, 2019

AARON D. FORD
Attorney General

By: _____
DENNIS W. HOUGH, BAR NO. 11995
Deputy Attorney General

*Attorneys for Defendants*

DATED this 2 day of October, 2019

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: October 2, 2019

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 2nd day of October, 2019, I caused to be deposited for mailing in the U.S. Mail a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to the following:

John Michaud
49 S. Park St. #21
Reno, NV 89502

_____
An employee of the
Office of the Attorney General